UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DALE M. CAPRIOTTI,<br><br>      Plaintiff,<br><br>   v.<br><br>KLICKITAT COUNTY, a municipal corporation,<br><br>      Defendant. | No. CV-13-3075-RHW<br><br>**ORDER DISMISSING ACTION AND DIRECTING THE CLERK'S OFFICE TO CLOSE THE FILE** |

On December 11, 2013, the Court dismissed Plaintiff's Complaint and granted leave to file an amended complaint within 30 days, or face dismissal of the entire action. *See* ECF No. 8 at ¶ 1. The deadline for filing the First Amended Complaint has now expired.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned action is **DISMISSED**. The District Court Executive is **DIRECTED** to close the file.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to Plaintiff and close the file.

**DATED** this 15th day of January, 2014.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge

**ORDER DISMISSING ACTION AND DIRECTING THE CLERK'S OFFICE TO CLOSE THE FILE** * 1